Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT

**4/1/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

Case Number     2:25-cr-00230-SB          Defendant Number  2

U.S.A. v.  GERARDO GARCIA               Year of Birth  1998

☑ Indictment          ☐ Information      Investigative agency (FBI, DEA, etc.)  ATF

**NOTE: All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense

☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense    February 3, 2024 - April 17, 2024

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles          ☐ Ventura
☐ Orange               ☐ Santa Barbara
☐ Riverside            ☐ San Luis Obispo
☐ San Bernardino       ☐ Other _____

Citation of Offense    21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(vi)

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☐ No     ☐ Yes

If "Yes," Case Number: N/A

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):  2:24-CR-00656-JFW

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on:  N/A

Case Number:   N/A

Assigned Judge:    N/A

Charging: N/A

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?   ☐ No   ☐ Yes

IF YES, provide Name:   N/A

Phone Number:   N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
        ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
        ☐ Yes*      ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the  N/A      superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge
N/A

☐ was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
        ☐ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
        ☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
        ☐ Yes      ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    "jerrylokszz," "jerry_srt717"

This defendant is charged in:
    ☑ All counts
    ☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud        ☐ public corruption
☐ government fraud                    ☐ tax offenses
☐ environmental issues               ☐ mail/wire fraud
☑ narcotics offenses                 ☐ immigration offenses
☐ violent crimes/firearms            ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:  N/A

    in the amount of $ N/A

c. PSA supervision?    ☐ Yes    ☐ No

d. Is on bail or release from another district: N/A

Defendant is **in custody**:

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution:  N/A

c. If Federal, U.S. Marshals Service Registration Number: N/A

d. ☐ Solely on this charge.  Date and time of arrest: N/A

e. On another conviction:    ☐ Yes    ☐ No
    IF YES :  ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☐ No
    IF YES :  ☐ State    ☐ Federal    AND
    Name of Court:  N/A
    Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    N/A   20    N/A   21    N/A   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:

Date    03/28/2025

Signature of Assistant U.S. Attorney
Sara Vargas
Print Name